AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT

09 AUG 21  PM 12: 56

SOUTHERN     District of     CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| OSVALDO RAMIREZ-BARRAZA | (For Offenses Committed On or After November 1, 1987) |

Case Number: 08CR0295-JM

VICTOR PIPPINS, FED DEF INC.,

Defendant's Attorney

**REGISTRATION No.** 62331208

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No.     2.

[ ] was found in violation of allegation(s) No.                              after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 2 | Illegal entry into United States (nv35) |

_Supervised Release_     is revoked and the defendant is sentenced as provided in pages 2 through   __2__   of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

       IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any
change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are
fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the
defendant's economic circumstances.

AUGUST 14, 2009

Date of Imposition of Sentence

HON. JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

08CR0295-JM

AO 245B     (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page    2    of    2

DEFENDANT: OSVALDO RAMIREZ-BARRAZA
CASE NUMBER: 08CR0295-JM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

TWELVE (12) MONTHS WITH 8 MONTHS TO RUN CONSECUTIVE AND 4 MONTHS TO RUN
CONCURRENT TO THE SENTENCE IMPOSED IN CASE 09CR0793-GT.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

        as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
       DEPUTY UNITED STATES MARSHAL

08CR0295-JM